

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00036-CR

JESSE SMITH, Appellant

§    On Appeal from the 431st District Court

§    of Denton County (F17-1279-431)

V.

§    February 6, 2020

§    Opinion by Justice Birdwell

THE STATE OF TEXAS

§    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  _/s/ Wade Birdwell_____
    Justice Wade Birdwell